✎AO 240A  (Rev. 1/94)

# UNITED STATES DISTRICT COURT

EASTERN | **District of** | CALIFORNIA

JORDIS DOTSON,
        Plaintiff

        V.

COMMISSIONER of SOCIAL SECURITY,
        Defendant

**ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES**

CASE NUMBER: 1:10-AT-00084

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X  GRANTED.

    X  The clerk is directed to file the complaint.

    X  IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐  DENIED, for the following reasons:

_____

_____

ENTER this   12th   day of     February    ,   2010   .

/s/ Sandra M. Snyder
_____
Signature of Judicial Officer

SANDRA M. SNYDER, U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer